IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**BRENDA STALLINGS**                                                                              **PLAINTIFF**

**VS.**                        **CASE NO. 4:21-CV-00625 BSM**

**ARKANSAS PUBLIC DEFENDER COMMISSION**                           **DEFENDANT**

### DEFENDANT'S STATUS REPORT

COMES NOW Defendant, Arkansas Public Defender Commission, by and through its attorneys, Attorney General Tim Griffin and Assistant Attorney General Brian D. Black, and provides this Status Report to the Court. The Defendant states as follows:

1. This Court issued its Second Amended Final Scheduling Order on September 14, 2023. Dkt. No. 20.

2. In the Second Amended Final Scheduling Order, the Court directed the parties to provide a status update concerning mediation, settlement, and the estimated length of trial.

3. **Discovery:** Discovery is complete in this case. The Parties agreed to extend discovery pursuant to Paragraph 2 of the Second Amended Scheduling Order for the purpose of taking the last few depositions.

4. **Motions Pending:** None at this time.

5. **Settlement Conference:** No settlement conference has been scheduled or requested at this time.

6. **Settlement Prospects:** None at this time.

7. **Estimated Length of Trial:** 4 days.

                        Respectfully submitted,

By:   Brian D. Black
       Ark Bar No. 2017-176
       Assistant Attorney General
       Arkansas Attorney General's Office
       323 Center Street, Suite 200
       Little Rock, AR 72201
       Ph:  (501) 683-3296
       Fax:  (501) 682-2591
       brian.black@arkansasag.gov

*Attorneys for Arkansas Public Defender Commission*

## CERTIFICATE OF SERVICE

I, Brian D. Black, hereby certify that on January 29, 2024, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which shall send notification to anyone registered in this case to receive such filings.:

                      Brian D. Black