IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION


BRENDA STALLINGS                                                               PLAINTIFF


VS.                                 CASE NO. 4:21-CV-00625 BSM


ARKANSAS PUBLIC DEFENDER COMMISSION                              DEFENDANT

### PLAINTIFF'S PRE-TRIAL CONFERENCE INFORMATION SHEET

1.      **Identity of Party**:  Brenda Stallings

2.      **Party's Legal Counsel**:

        Austin Porter Jr.
        PORTER LAW FIRM
        323 Center Street, Suite 1035
        Little Rock, Arkansas 72201
        501-244-8200

3.      **Summary of Claims and Relief Sought**:      This is a civil rights action brought pursuant

to 42 U.S.C.S. § 2000 *et seq.*  (Title VII of the Civil Rights Act of 1964, as amended), in order to

recover damages against the defendant for the unlawful employment practices that the plaintiff

Brenda Stallings has been subjected to on account of her race.  This is also an action for declaratory

judgment pursuant to 28 U.S.C.S. § 2201 to declare the rights and other legal relations between

the parties.  The plaintiff is also seeking equitable relief and injunctive relief as well.

4.      **Prospects for Settlement**:  Not possible.

5.      **Jurisdictional Basis**:  Jurisdiction of this cause of action is being invoked pursuant to 28

U.S.C. § 1331, 1343, 1391, 42 U.S.C. §1981.

6.      **Pending Motions**:   None.

7.   **Summary of Facts**:   Brenda Stallings is a licensed attorney for the State of Arkansas, having received her license to practice law in or about September 1996. Ms. Stallings is also licensed to practice law in the State of Michigan.  Ms. Stallings graduated from the University of Arkansas at Little Rock School of Law in May 1996.

Ms. Stallings began her employment with the Arkansas Public Defender Commission in October 21, 2001 as a Deputy Public Defender.     Ms. Stallings is the only African American full-time juvenile public defender in the State of Arkansas, having been so assigned to the juvenile division in 2001.  Ms. Stallings is one of two African American full-time public defenders employed to work in the Sixth Judicial District, which encompasses Pulaski and Prairie Counties.

As of December 31, 2020, Ms. Stallings was classified as a Public Defender Attorney I, assigned to the pay grade of GS10.   Approximately three (3) years ago, Ms. Stallings discovered that despite her number of years of experience with the defendant, and her years of experience in working in the Arkansas Public Defender Commission, she was being paid significantly lower than her white counterparts.  Ms. Stallings also discovered that her white counterparts were placed in a higher paygrade than herself – Ms. Stallings was in a GS10 paygrade, while her white counterparts were in a GS11 paygrade classified as a Public Defender 1.

For several months, Ms. Stallings attempted to address the pay inequity with Gregg Parrish, and other state officials, but was either shunned, or given the run around.   On July 31, 2020, Ms. Stallings sent an email to Mr. Parrish addressing the pay inequity between herself and her white counterparts. On August 17, 2020, Ms. Stallings again sent an email to Mr. Parrish addressing the pay inequity, indicating that she believed that she was being paid less than her white counterparts on account of her race.   Recognizing the pay inequity, on September 4, 2020, Mr. Parrish sent a

letter to Kay Barnhill, Human Resources Director for the State of Arkansas, requesting a salary review for Ms. Stallings.   At the time of this request for salary review, Ms. Stallings had an annual salary of $78,245.65.

Mr. Parrish had requested that Ms. Stallings' salary should be increased to $81,257.00 per year, which was the maximum salary for the GS10 position, which still would have been significantly lower than her white counterparts, who had been employed less than the plaintiff with the defendant, and had been licensed to practice law less time than the plaintiff.   On   October 26, 2020, Mr. Parrish sent a second letter to Kay Barnhill requesting that Ms. Stallings' salary be increased to $81,257.00 effective September 4, 2020.

On November 17, 2020, Ms. Stallings again made inquiry as to why she was classified as a Public Defender Attorney I – paygrade GS10, rather than a Public Defender I – paygrade GS11, like her white counterparts.   At the time of this inquiry, and as of November 2020, the following pay inequity existed:

| Name | Date Licensed | Date of Hire | Pay Grade | Salary |
|------|---------------|--------------|-----------|--------|
| Brenda Stallings – BF | 09/12/1996 | 10/21/2001 | GS-10 | $78,245.65 |
| Brandy Turner – WF | 08/31/2001 | 10/22/2001 | GS-12 | $91,212.78 |
| David Sudduth – WM | 09/21/1998 | 12/10/2011 | GS-11 | $90,668.86 |
| Casey Beard – WF | 09/02/2003 | 09/02/2003 | GS-11 | $84,769.36 |
| Cheryl Bernard – WF | 09/05/1996 | 06/16/2005 | GS-11 | $86,069.98 |
| Jason Kordsmeier – WM | 09/29/2003 | 06/11/2007 | GS-11 | $82,099.68 |
| | | | | |

Finally on January 25, 2021, the plaintiff was promoted to the pay grade of GS-11, with an annual pay of $89,381.34.   However, David Sudduth was promoted to the position of GS-12 with an annual income of approximately $99,250.00.   Although the plaintiff was given a pay increase to the position of GS-11, she was not afforded any back pay for the years of inequity in pay based on her race.

The pay inequity still exists to this day.  The following represents the pay of the public defenders in the Little Rock office, based on information from Transparancy.gov.

For fiscal year – 2023[1] –

| Name | Date Licensed | Date of Hire | Pay Grade | Salary |
|---|---|---|---|---|
| Brenda Stallings – BF | 09/12/1996 | 10/21/2001 | GS-12 | $101,174.94 |
| Brandy Turner – WF | 08/31/2001 | 10/22/2001 | GS-13 | $111,464.29 |
| David Sudduth – WM | 09/21/1998 | 12/10/2011 | GS-13 | $112,898.86 |
| Casey Beard – WF | 09/02/2003 | 09/02/2003 | GS-12 | $101,174.94 |
| Cheryl Bernard – WF | 09/05/1996 | 06/16/2005 | GS-11 | |
| Jason Kordsmeier – WM | 09/29/2003 | 06/11/2007 | GS-13 | $110,360.85 |
| | | | | |

8.    **Proposed Stipulations**: None

9.    **Contested Issues of Fact**:

a)    Whether the plaintiff was ever offered or encouraged to work on defending criminal cases in circuit court;

b)    Whether the plaintiff was being paid less than similarly situated white public defenders on account of her race;

c)    Whether David Sudduth was in a supervisory position as a public defender;

d)    Whether the plaintiff should have been placed in the GS-13 pay grade as Brandy Turner and David Sudduth were placed;

e)    Whether the defendant's providing a pay increase to the plaintiff is an acknowledgment that the plaintiff was being discriminated against based on her race.

10.    **Contested Issues of Law**:

a)    Whether the plaintiff was being paid less than her white counterparts on account of her race in violation of Title VII of the Civil Rights Act of 1964 (as amended);

---

[1] This covers from July 1, 2022 until June 30, 2023.

b)

11. **<u>Exhibits</u>**:

    a)      Plaintiff's personnel file;

    b)      Public defenders' pay information;

    c)      Personnel file of David Suddeth;

    d)      Personnel file of Brandy Turner;

    e)      Policies and procedures of the Arkansas Public Defender's Commission;

    f)      Plaintiff's EEOC file;

    g)      Employment application and supporting documentation from Lynette Boggs-Perez;

    h)      Emails referencing the employment efforts of Lynette Boggs-Perez;

    i)      Résumé of Lynette Boggs-Perez;

**The plaintiff also reserves the right to use documents as listed by the Defendant**.

12. **<u>Charts, Graphs, Models, etc</u>**: None.

13. **<u>Witnesses</u>**:

*Will Call*:

    a)      Brenda Stallings
              800 West Charles Bussey Avenue
              Little Rock, Arkansas 72206
              (Liability/Damages)

        Ms. Stallings will give testimony relative to her claims of disparate treatment on account of her race, and the damages that she suffered due to the discriminatory conduct.

    b)      Kay Barnhill, Administrator
              TSS – Office of Personnel Management
              501 Woodlane Street
              Little Rock, Arkansas 72201
              (Liability/Damages)

Ms. Barnhill will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

      c)     Cheryl Barnard
              Arkansas Public Defender Commission
              101 East Capitol Avenue, Suite 201
              Little Rock, Arkansas 72201
              501-682-9070
              (Liability/Damages)

Ms. Barnard will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

      d)     Casey Beard
               Arkansas Public Defender Commission
              101 East Capitol Avenue, Suite 201
              Little Rock, Arkansas 72201
              501-682-9070
              (Liability/Damages)

Ms. Beard will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

      e)     Judge Tjuana Byrd
               Arkansas Juvenile Justice Center
              3001 West Roosevelt Road
              Little Rock, Arkansas 72201
              (Liability/Damages)

Judge Byrd will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

      f)     Dana Cargile
               Personnel Manager
              Arkansas Public Defender Commission
              101 East Capitol Avenue, Suite 201
              Little Rock, Arkansas 72201
              501-682-9070
              (Liability/Damages)

Ms. Cargile will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

g)      Alan Jones
        City of Little Rock
        City Attorney's Office
        500 West Markham Street
        Little Rock, Arkansas 72201
        501-371-4510
        (Damages)

Mr. Jones will give testimony relative to the plaintiff's claims for disparate treatment.

h)      Jason Kordsmeier
        Arkansas Public Defender Commission
        101 East Capitol Avenue, Suite 201
        Little Rock, Arkansas 72201
        501-682-9070
        (Liability/Damages)

Mr. Kordsmeier will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

i)      Kent Krause
        Arkansas Public Defender Commission
        101 East Capitol Avenue, Suite 201
        Little Rock, Arkansas 72201
        501-682-9070
        (Liability/Damages)

Mr. Krause will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

j)       Gregg Parrish
         Arkansas Public Defender Commission
         101 East Capitol Avenue, Suite 201
         Little Rock, Arkansas 72201
         501-682-9070
         (Liability/Damages)

Mr. Parrish will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

k)      Lynette Boggs-Perez
        3207 Valley Drive
        Little Rock, Arkansas 72212

210-859-9163
Email: lynette@lynetteboggs.com
(Liability)

Ms. Boggs-Perez will provide testimony regarding the plaintiff's claims of disparate treatment.

l)      Bill Simpson
        Arkansas Public Defender Commission
        101 East Capitol Avenue, Suite 201
        Little Rock, Arkansas 72201
        501-682-9070
        (Liability/Damages)

Mr. Simpson will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

m)      Ashely Stepps
        Arkansas Public Defender Commission
        101 East Capitol Avenue, Suite 201
        Little Rock, Arkansas 72201
        501-682-9070
        (Liability/Damages)

Ms. Stepps will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

n)      David Sudduth
        Arkansas Public Defender Commission
        101 East Capitol Avenue, Suite 201
        Little Rock, Arkansas 72201
        501-682-9070
        (Liability/Damages)

Mr. Sudduth will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

o)      Andrew Thornton
        Arkansas Public Defender Commission
        101 East Capitol Avenue, Suite 201
        Little Rock, Arkansas 72201
        501-682-9070
        (Liability/Damages)

Mr. Sudduth will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

p)      Brandy Turner
        Arkansas Public Defender Commission
        101 East Capitol Avenue, Suite 201
        Little Rock, Arkansas 72201
        501-682-9070
        (Liability/Damages)

Ms. Turner will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

q)      Alicia Walton
        Arkansas Public Defender Commission
        101 East Capitol Avenue, Suite 201
        Little Rock, Arkansas 72201
        501-682-9070
        (Liability/Damages)

Ms. Walton will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

*May Call*:

r)      Mike Bonds
        Arkansas Department of Finance and Administration
        501 Woodlane Street
        Little Rock, Arkansas 72201
        (Liability/Damages)

Mr. Bonds will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

s)      Tim Boozer
        Arkansas Public Defender Commission
        101 East Capitol Avenue, Suite 201
        Little Rock, Arkansas 72201
        501-682-9070
        (Liability/Damages)

Mr. Boozer will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

       t)      Dorothy Dickinson
              Arkansas Public Defender Commission
              101 East Capitol Avenue, Suite 201
              Little Rock, Arkansas 72201
              501-682-9070
              (Liability/Damages)

Ms. Dickinson will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

       u)      Rep. Vivian Flowers
              P. O. Box 3156
              Pine Bluff, Arkansas 71611
              1-870-329-8356
              (Liability/Damages)

Rep. Flowers will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

       v)      Vernadean Webb
              Arkansas Public Defender Commission
              101 East Capitol Avenue, Suite 201
              Little Rock, Arkansas 72201
              501-682-9070
              (Liability/Damages)

Ms. Webb will be called to provide testimony relative to the plaintiff's claims of disparate treatment.

**Plaintiff reserves the right to call as a witness any person listed by the defendant**.

14.    **Request to Amend Pleading**: None

15.    **Status of Discovery**: Completed.

16.    **Pending Motions**:  None.

17.    **Suggestions for Expediting Trial**: None

18.    **Estimated Length of Trial**: 3-4 days.

Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: Aporte5640@aol.com

<u>CERTIFICATE OF SERVICE</u>

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas-Central Division, on this 30th  day of April 2024, using the CM/ECF system, which is designed to send notification of such filing to the following:

Brian D. Black
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201

Brian.Black@arkansasag.gov

Austin Porter Jr.