**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**BRENDA STALLINGS**                                                **PLAINTIFF**

**v.**                     **Case No. 4:21-cv-00625 KGB**

**ARKANSAS PUBLIC DEFENDER
COMMISSION**                                          **DEFENDANT**

## ORDER

Before the Court is defendant Arkansas Public Defender Commission's ("APDC") motion *in limine* (Dkt. No. 28). Plaintiff Brenda Stallings filed a response (Dkt. No. 33). The parties tried this matter to a jury from May 28, 2024, to June 4, 2024, resulting in a mistrial (Dkt. Nos. 37-41). To the extent matters raised in the APDC's motion were raised during that trial, the Court issued rulings and incorporates those rulings by reference here. To the extent matters raised in the APDC's motion were not raised and ruled on during trial, the Court denies the motion as moot. For these reasons, the Court grants, in part, and denies, in part, the motion (Dkt. No. 28).

It is so ordered this the 10th day of February, 2025.

Kristine G. Baker
Chief United States District Judge