IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRENDA STALLINGS                                                                                         PLAINTIFF

VS.                                    CASE NO. 4:21-CV-00625 KGB

ARKANSAS PUBLIC DEFENDER COMMISSION                                          DEFENDANT

PLAINTIFF'S MOTION FOR EQUITABLE RELIEF

Comes the plaintiff Brenda Stallings, by and through her attorney **Austin Porter Jr., d/b/a PORTER LAW FIRM**, and for her motion for equitable relief, she states the following:

1. The plaintiff brought her claim for race discrimination pursuant to Title VII of the Civil Rights Act of 1964 (as amended).

2. The plaintiff contends that she was the victim of discrimination based on her race in that she was being paid less than her white counterparts.

3. This matter was tried before a jury of twelve (12) people, who after listening to the testimony and reviewing the evidence, agreed with the plaintiff that she was a victim of discrimination based on her race.

4. The jury returned a verdict in the amount of $1.00 designated as back pay, and $25,012.00 in compensatory damages.

5. The plaintiff now moves this court to provide equitable relief in order to make the plaintiff whole.

6. The plaintiff is requesting that this court conduct a hearing to determine the appropriate pay grade where the plaintiff should be placed.

7. The State of Arkansas has adopted a new classification and compensation plan, and a hearing is needed in order to determine the appropriate placement of the plaintiff, which the plaintiff believes should be at the midpoint of the SPC09 pay grade.

8. The plaintiff also requests that the Court entere declaratory judgment in her favor as well as injunctive relief to further enjoin the defendant from further acts of discrimination.

THEREFORE, the plaintiff requests that the Court provides the plaintiff the equitable relief that she is requesting, as well as provide declaratory and injunctive relief, and any and all further relief that the plaintiff is entitled.

Respectfully submitted,

Austin Porter Jr., No. 86145
PORTER LAW FIRM
323 Center Street, Suite 1035
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567
Email: Aporte5640@aol.com

CERTIFICATE OF SERVICE

I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas-Central Division, on this 22nd day of May 2025, using the CM/ECF system, which is designed to send notification of such filing to the following:

Brian D. Black
Britt Johnson
Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201

Brian.Black@arkansasag.gov
Britt.Johnson@arkansasag.gov

Austin Porter Jr.