IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

BRENDA STALLINGS                                                                                           PLAINTIFF

VS.                                    CASE NO. 4:21-CV-00625 KGB

ARKANSAS PUBLIC DEFENDER COMMISSION                                         DEFENDANT

PLAINTIFF'S AMENDED MOTION FOR ATTORNEY'S FEES AND COSTS

Comes the plaintiff Brenda Stallings, by and through her attorney **Austin Porter Jr., d/b/a PORTER LAW FIRM**, and for her motion for attorney's fees and costs, she states the following:

1. This matter was tried to a twelve (12) person jury on May 5 -13, 2025.

2. The jury returned a verdict in favor of the plaintiff on her claim for race discrimination.

3. On May 13, 2025, the jury awarded the plaintiff $1.00 in back pay and $23,012.00 in compensatory damages.

4. The Court entered judgment on the jury verdict on May 29, 2025.

5. Pursuant to Local Rules of the United States District Court for the Eastern and Western Districts of Arkansas, Local Rule 54.1(a), the prevailing party, in this case Brenda Sallings, has to file a petition for attorney's fees and costs within fourteen (14) days of the Court's entry of judgment on the jury verdict.

6. The plaintiff is the prevailing party as that term is defined pursuant to 42 U.S.C. § 2000e-5(k), and is entitled to recover her attorney's fees and costs.

7.     The plaintiff has attached a brief in support of her motion detailing the legal basis for her request for attorney's fees and costs herein expended as the prevailing party.

8.     The declaration of Austin Porter Jr. is attached herein, describing his general qualifications, the work he performed as counsel in this case, and the expenses incurred. (**See Plaintiff's Exhibit "A"**).

9.     As the prevailing party, the plaintiff is entitled to reasonable attorney's fees and costs in the amount detailed in the accompanying submissions. The hours requested in this application represent the minimum hours for which an award must be granted. (**See Plaintiff's Exhibit "B"**).

10.    The plaintiff also seeks reimbursement of all costs incurred which were reasonably necessary for the successful prosecution of the plaintiff's civil rights claim, as is documented in the accompanying submission of costs.

Accordingly, the plaintiff moves for an award of her attorney's fees and costs, in the following amounts:

FEES

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| Austin Porter Jr. | 259.45 | $425.00 | $ 110,266.25 |
|  |  |  |  |
| **Total** |  |  | **$ 110,266.25** |

COSTS

| Activity | Cost |
|---|---|
| Filing Fee | $ 400.00 |
| Witness Fees | $ 585.00 |
| Process Server | $ 1,225.00 |

| Copying Costs, exhibits, and other documents | $ | 597.31 |
|---|---|---|
| Postage for certified mail | $ | 32.46 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Total ……………………………** | **$** | **2,807.31** |

**Total Fees Requested …………………………………**    $   110,266.25

**Total Costs Requested …………………………………..**    $       2,807.31

**Grand Total …………………………………………...**    $   113,073.56

Respectfully submitted,

Austin Porter Jr.
Bar Number 86145
PORTER LAW FIRM
The Tower Building
323 Center Street, Suite 1300
Little Rock, Arkansas 72201
Telephone: 501-244-8200
Facsimile: 501-372-5567

E-mail: Aporte5640@aol.com

CERTIFICATE OF SERVICE

     I, Austin Porter Jr., do hereby certify that a copy of the foregoing pleading was electronically filed with the Clerk of the United States District Court for the Eastern District of Arkansas – Central Division, on the 31st day of May 2025, using the CM/ECF system, which is designed to send notification of such filing to the following:

    Brian Black
    Britt Johnson

Senior Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201

Brian.black@arkansasag.gov
Britt.Johnson@arkansasag.gov

                                              Austin Porter Jr.