## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### CENTRAL DIVISION

**BRENDA STALLINGS**                                                              **PLAINTIFF**

**v.**                                        **Case No. 4:21-cv-00625 KGB**

**ARKANSAS PUBLIC**
**DEFENDER COMMISSION**                                                  **DEFENDANT**

## ORDER

Before the Court is plaintiff Brenda Stallings's motion for equitable relief (Dkt. No. 81). Stallings requests that the Court grant Stallings equitable relief and conduct a hearing to determine the appropriate pay grade where Stallings should be placed (*Id.*, ¶ 6). Defendant Arkansas Public Defender Commission ("APDC") responded in opposition to the motion for equitable relief (Dkt. No. 88). Stallings replied to APDC's response (Dkt. No. 92). For good cause shown, the Court grants, in part, Stallings's motion for equitable relief to the extent it seeks a hearing to determine the appropriate pay grade where Stallings should be placed (Dkt. No. 81). The Court holds under advisement Stallings's motion for equitable relief to the extent it seeks injunctive relief enjoining APDC to adjust Stallings's pay grade (*Id.*). The Court will, by separate Order, schedule a hearing on this matter.

Also before the Court is Stallings's motion for attorney's fees and costs and amended motion for attorney's fees and costs (Dkt. Nos. 83; 86). The Court holds under advisement Stallings's motions for attorney's fees and costs (*Id.*).

It is so ordered this 18th day of February, 2026.

_____
Kristine G. Baker
Chief United States District Judge